# WINDSOR COUNTY,

## March Term, 1853.

---

### Oramel Hutchinson v. Horace Onion.

#### *Practice.*

A motion to recommit the report of an auditor, will not be entertained by the supreme court, when the case stands upon exceptions.

This was an action of book account, which came into this court upon exceptions to the judgment of the county court for the defendant. In this court, the plaintiff moved to have the case recommitted to the auditor for further hearing and additional report, founded upon the alledged new discovery of evidence of a material and decisive character.

By the Court. We have not, for many years, entertained motions to recommit the report of auditors, in this court, when the cases stand upon exceptions. The exceptions are regarded as only bringing up the questions of law decided in the court below. If any cause for a new trial has transpired since the trial, the benefit of which the party desires, it should be brought up on petition.